UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

---------------------------------------------------X

UNITED STATES OF AMERICA

v.

LAWRENCE ACKERMAN

Case No. 17-CR-00007

**CONSENT ORDER MODIFYING RELEASE CONDITIONS**

---------------------------------------------------X

Upon application of defendant, LAWRENCE ACKERMAN, through his counsel, Robert P. LaRusso, Esq., for an order modifying the defendant's release conditions and granting temporary release of defendant's passport and permission to travel to Paradise Island, Bahamas for a family vacation, and joined in consent by the government as represented by V. Grady O'Malley, Assistant United States Attorney, and with no objection from Pretrial Services; and it appearing to the Court that defendant has complied with all conditions of pretrial release since imposed on January 18, 2017; the Court affirms the present application and orders the following modification in regards to the defendant's conditions of release:

1. The defendant may travel to Paradise Island, Bahamas from August 3, 2017 through August 7, 2017 for a family vacation;
2. The defendant shall provide all travel details to Pretrial Services, including air flight information, lodging and family contact information as soon as practical;
3. Pretrial Services shall temporarily return the defendant's passport to him for purposes of travel to Paradise Island, Bahamas;
4. The defendant shall return his passport to Pretrial Services by August 9, 2017 after his trip; and
5. This modification shall not affect any of the other release conditions ordered in this matter.

**CONSIDERED AND SO ORDERED:**

_____
HONORABLE MICHAEL A. SHIPP
United States District Judge

Date: 7/6/17